# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **M-L-Z-**, <br><br> *Plaintiff* <br><br> v. <br><br> **KRISTI NOEM**, in her official capacity as Secretary, U.S. Department of Homeland Security; **ANGELICA ALFONSO-ROYALS**, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; and **JOSEPH E. KERNAN**, in his official capacity as Director, U.S. Citizenship and Immigration Services Asylum Vetting Center, <br><br> *Defendants* | Case No. 2:25-cv-5479 <br><br> J. Baylson |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, M-L-Z-, by and through undersigned counsel, respectfully moves this Court for a preliminary injunction pursuant to Fed. R. Civ. P. 65(a), for the reasons stated in the accompanying memorandum of law.

Respectfully submitted,

/s/ Jim Davy
Jim Davy (PA ID 321631)
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

Jonah Eaton (PA ID 311559)
Michael Geoffino (PA ID 333816)
Lilah Thompson (PA ID 324718)
Mikaela Wolf-Sorokin (PA ID 335725)
Nationalities Service Center
1216 Arch Street, 4th Floor
Philadelphia, PA 19107
215-893-8400
jeaton@nscphila.org
mgeoffino@nscphila.org
lthompson@nscphila.org
mwolfsorokin@nscphila.org

*Pro Bono* Attorneys for Petitioner

October 2, 2025

**CERTIFICATE OF SERVICE**

    I certify that on October 2, 2025, this motion was filed using the Court's CM/ECF system. All party counsel are e-filers and will receive a copy via ECF.

<u>/s/ Jim Davy</u>

Jim Davy