# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **M-L-Z-**, *Plaintiff* v. **KRISTI NOEM**, in her official capacity as Secretary, U.S. Department of Homeland Security; **ANGELICA ALFONSO-ROYALS**, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; and **JOSEPH E. KERNAN**, in his official capacity as Director, U.S. Citizenship and Immigration Services Asylum Vetting Center, *Defendants* | Case No. 2:25-cv-5479<br><br>J. Baylson |

## [PROPOSED] ORDER

NOW, on this ____ day of October, 2025, upon consideration of Plaintiff's motion, IT IS HEREBY ORDERED that:

1) USCIS shall reinstate Plaintiff's timely-filed I-589 affirmative application for asylum, and
2) DHS shall refrain from arresting, detaining, or removing Plaintiff pending resolution of this case.

_____

J. Baylson