IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.L.Z., | |
| *Plaintiff,* | CIVIL ACTION |
| v. | No. 2:25-cv-5479 |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; ANGELICA ALFONSO-ROYALS, Acting Director of U.S. Citizenship and Immigration Services; and JOSEPH E. KERNAN, Director of U.S. Citizenship and Immigration Services Asylum Vetting Center, | |
| *Defendants.* | |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rules 7.4 and 41.1(b), plaintiff M.L.Z. ("Plaintiff") and defendants Kristi Noem, as Secretary of Homeland Security; Joseph B. Edlow, as Acting Director of USCIS; and Joseph E. Kernan, as Director of the USCIS Asylum Vetting Center (the "Government") hereby stipulate and agree as follows:

1. Non-party U.S. Immigration and Customs Enforcement ("ICE") shall issue Plaintiff a Notice to Appear ("NTA") as soon as practicable pursuant to the following charges of inadmissibility:

    a. 8 U.S.C. § 1182(a)(6)(A)(i) (INA 212(a)(6)(A)(i)) (rendering inadmissible "[a]n alien present in the United States without being admitted or paroled, or who arrives in the United States at any

1

    time or place other than as designated by the Attorney General) and

  b. 8 U.S.C. § 1182(a)(7)(A)(i) (INA 212(a)(7)(A)(i)(I) (rending inadmissible "any immigrant at the time of application for admission … who is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document ….")

2. The parties agree that the Plaintiff is not an "arriving alien," as defined by 8 C.F.R. § 1.2.

3. Plaintiff will report at a time and place specified by ICE to be personally served with the NTA. Plaintiff will arrange receipt of the NTA by emailing: **Philadelphia.Outreach@ice.dhs.gov**.

4. Once served with the NTA and once the NTA has been filed with the Immigration Court having jurisdiction over Plaintiff's case, USCIS will forward Plaintiff's asylum application to the applicable Immigration Court having jurisdiction over Plaintiff's case for adjudication under the Uniform Procedural Mechanism. The parties agree that, in forwarding the asylum application to Immigration Court, USCIS is not acknowledging that it ever had jurisdiction to adjudicate the asylum application. USCIS will not charge Plaintiff an asylum fee.

**Non-Detention of Plaintiff at the Time of Service of the NTA:**

5. Plaintiff is not presently a candidate for detention—and ICE further agrees that Plaintiff will not be detained when he appears to accept service of the

NTA. Plaintiff, however, may be subject to reporting and other requirements as deemed appropriate by Enforcement and Removal Operations (ERO) when served with the NTA, which, at this time, will not include ankle monitoring or placement in the Intensive Supervision Appearance Program ("ISAP"). ICE maintains its discretion in making custodial determinations.

**<u>Dismissal of Action:</u>**

6. Plaintiff's complaint, and all subsequent filings in this matter, will be dismissed in their entirety as moot.

7. Pursuant to Local Civil Rule 5.1.2, the Parties consent to the submission of this stipulation with their electronic signatures below.

So stipulated,

DAVID METCALF
United States Attorney

/s/ Jim Davy
JIM DAVY, ESQ.
All Rise Trial & Appellate
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

JONAH EATON, ESQ.
MICHAEL GEOFFINO, ESQ.
LILAH THOMPSON, ESQ.
MIKAELA WOLF-SOROKIN, ESQ.
Nationalities Service Center
1216 Arch Street, 4th Floor
Philadelphia, PA 19107

/s/
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ Anthony St. Joseph
ANTHONY ST. JOSEPH
ISAAC J. JEAN-PIERRE
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8267 (St. Joseph)
           (215) 861-8372 (Jean-Pierre)

215-893-8400
jeaton@nscphila.org
mgeoffino@nscphila.org
lthompson@nscphila.org
mwolfsorokin@nscphila.org

*Counsel for Plaintiff*

Dated: Nov. 7, 2025

Email: Anthony.StJoseph@usdoj.gov
Isaac.Jean-Pierre@usdoj.gov

*Counsel for Defendants*